**THOMAS D. MATTHEWS and SNEAD MATTHEWS, his wife, v. ED. H. Stanley and J. HARRY SCHAD, as guardian ad litem for ED H. STANLEY, an insane person.**

27 So. (2nd) 341
July 26, 1946
Rehearing denied September 10, 1946

June Term, 1946
Special Division B

Affirmed.

---

**H. ELIAS DIAMOND v. LENORE DIAMOND**

27 So. (2nd) 289
August 2, 1946
Rehearing denied September 19, 1946

June Term, 1946
Division B

